IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Melissa Marie Lemonds, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 2:05-1750-CWH |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert Earl Judd, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On June 17, 2005, the plaintiff commenced this pro se action pursuant to 42 U.S.C. § 1983. On June 20, 2005, Magistrate Judge George C. Kosko issued a report analyzing the issues and recommending that the Court dismiss this complaint *without prejudice* and without issuance and service of process. Attached to the report and recommendation was a "Notice of Right to File Objections." Pursuant to that Notice, the parties herein were provided ten days during which to file written objections to the report and recommendation. See 28 U.S.C. § 636(b)(1)(C). To date, no objections have been filed.

The Magistrate Judge correctly determined that this Court does not have jurisdiction over this action. Accordingly, the Court adopts the report and recommendation. The Court therefore dismisses this action *without prejudice*.

**AND IT IS SO ORDERED.**

C. Weston Houck
_____
**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

July 19, 2005
Charleston, South Carolina

-2-